## Commonwealth v. Wiseman, Appellant.

Argued March 15, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused April 3, 1975.

*George P. Micacchione,* with him *Alfred V. Papa,* for appellant.

*Glen McCracken, Jr.,* Assistant District Attorney, with him *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 16, 1974:
Judgment of sentence affirmed.